ORIGINAL

FILED

05/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0117

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0117

FILED

MAY 3 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

      Petitioner and Appellee,

v.

SAXON DRU POLICH,

      Respondent and Appellant.

O R D E R

———————————

Saxon Dru Polich, a self-represented litigant, is appealing from his conviction in Cascade County Justice Court of Obstruction of Peace Officer or Other Public Servant, § 45-7-302, MCA, a misdemeanor, arising out of his actions of "dropp[ing] to his knees and refus[ing] to walk" after being held in contempt of court in Great Falls Municipal Court on a prior matter, requiring law enforcement "to carry him out of the courtroom, up the stairs, and to the patrol car." *Memorandum and Order Affirming Justice Court*, Eighth Judicial District Court, Cause No. ADC-22-586, January 6, 2023.

Polich filed a notice of appeal with this Court on February 16, 2023, and the District Court record was filed on March 24, 2023. On April 26, 2023, Polich submitted to the Clerk of Court's Office a bound document entitled "Affidavit of Obligation in Notice of a Violation of Rights protected and preserved by the Constitution of the United States of America-Writ of Mandamus-Demand and Notice for Certification-Certification inquiry." On the same day, an order was issued by this Court which described the document provided by Polich and explained "[t]his document is nonsensical and hard to decipher. . . .While the Court attempts to give some leeway to self-represented litigants, the document filed by the Appellant is insufficient to constitute an appellate brief and must be resubmitted." The order then delineated the submitted document's numerous violations of briefing rules and ordered the brief to be resubmitted for filing within 30 days, that being by May 26, 2023.

Thereafter, Polich personally conveyed to the Clerk's Office that he would not make any revisions to his submitted document and, in any event, failed to comply with the Court's order by submitting a revised brief within 30 days. Consequently,

IT IS ORDERED that this appeal is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to CLOSE this matter as of this Order's date and to issue remittitur. The Clerk is also directed to provide a copy of this Order to counsel of record and to Saxon Dru Polich personally.

DATED this 30 day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2